# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAMASO LOPEZ-SERRANO (1),<br>  aka "Mini Lic,"<br>  aka "Dani,"<br>  aka "Jose Daniel Lopez Hernandez,"<br><br>Defendant. | Case Nos.   16cr1896-DMS<br>                  17cr3687-DMS<br><br>ORDER OF CRIMINAL FORFEITURE |

WHEREAS, in the Indictment in case no. 16cr1896-DMS, the United States sought forfeiture of all right, title and interest in property of Defendant DAMASO LOPEZ-SERRANO (1) ("Defendant"), pursuant to Title 21, United States Code, Section 853 and Title 18, United States Code, Section 982, as charged in the Indictment; and

WHEREAS, on or about January 10, 2018, Defendant pled guilty before this Court to Counts 1 and 2 of the Indictment, which pleas included consents to the forfeiture allegations of the Indictment, and an agreement to forfeit to the United States the amount of $1,000,000.00 as proceeds Defendant received from the offenses, which forfeiture shall be included and incorporated as part of the judgment in these cases; and

WHEREAS, by virtue of the admissions of the Defendant set out in the plea agreements and guilty pleas, the Court determined that $1,000,000 (U.S. dollars) represents the moneys derived from and traceable to the gross proceeds that the Defendant obtained directly as a result of the offenses to which Defendant pled guilty, 21 U.S.C. §§ 959, 960, and 963 (Count 1) and 21 U.S.C. §§ 952, 960, and 963 (Count 2), as charged in the Indictment; and

WHEREAS, by virtue of said guilty pleas and the Court's findings, the United States is now entitled to an Order of Forfeiture in its favor against the Defendant for the proceeds received by the Defendant in the amount of $1,000,000, pursuant to 21 U.S.C. § 853 and Rule 32.2(b) of the Federal Rules of Criminal Procedure; and

WHEREAS, by virtue of the facts set forth in the plea agreement and forfeiture addendum, the United States has established the requisite nexus between the $1,000,000 forfeiture and the offenses; and

WHEREAS, the Defendant has agreed to submit a cashier's check payable to the United States Marshals Service in the amount of One Million U.S. Dollars ($1,000,000.00) on or before the date of sentencing, currently set for July 12, 2018, and has further agreed that upon entry of the order of forfeiture and timely payment of the $1,000,000, such order will be considered final as to Defendant's interests; and

WHEREAS, Defendant has warranted and represented as a material fact that the $1,000,000 used to pay the forfeiture is in fact proceeds of the offenses to which he has pled guilty, is solely his property, that no other person or entity has any claim or interest in the same, and that he will execute any and all documents requested by the Government to facilitate or complete the forfeiture process; and

WHEREAS, the Defendant has agreed that the provisions for the substitution of assets as provided in 21 U.S.C., § 853(p) exist and has agreed the United States may take actions to collect the forfeiture; and

//

WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorney of record, to review, and no objections having been received;

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Defendant DAMASO LOPEZ-SERRANO (1) shall forfeit to the United States the sum of $1,000,000 pursuant to 21 U.S.C. § 853 in the form of a forfeiture amount for the proceeds Defendant received from his offenses of conviction, which forfeiture is in favor of the United States against Defendant DAMASO LOPEZ-SERRANO, with interest to accrue thereon in accordance with 18 U.S.C. § 3612(f) and 28 U.S.C. § 1961.

2. Defendant shall submit a cashier's check payable to the United States Marshals Service in the amount of One Million U.S. Dollars ($1,000,000.00) on or before the date of sentencing, which is currently set for July 12, 2018.

3. This Court shall retain jurisdiction in the cases for the purpose of enforcing the order of forfeiture and collecting and enforcing the forfeiture.

4. Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment.

5. Pursuant to Rule 32.2(b)(3), should the entire $1,000,000 not be timely paid, the United States may, at any time, conduct discovery to identify, locate, or dispose of directly forfeitable assets and substitute assets against which this Order of Forfeiture may be enforced.

6. The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $1,000,000 to satisfy the forfeiture in whole or in part.

//
//
//

7. The United States may take any and all actions available to it to collect and enforce the forfeiture.

Dated: April 17, 2018

Hon. Dana M. Sabraw
United States District Judge