UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA


BEFORE HONORABLE DANA M. SABRAW, JUDGE PRESIDING

_____
                                   )
UNITED STATES OF AMERICA,          )
             PLAINTIFF.            )    CASE NO. 17CR3687-DMS
                                   )              16CR1896-DMS
                                   )       SAN DIEGO, CALIFORNIA
                                   )    WEDNESDAY, JANUARY 10, 2018
DAMASO LOPEZ-SERRANO,              )         2:00 P.M. CALENDAR
             DEFENDANT.            )
_____)

REPORTER'S TRANSCRIPT OF PROCEEDINGS

CHANGE OF PLEA HEARING

COUNSEL APPEARING:
FOR PLAINTIFF:            ADAM L. BRAVERMAN,
                          INTERIM UNITED STATES ATTORNEY
                          BY:  MATTHEW JAMES SUTTON
                          ASSISTANT U.S. ATTORNEY
                          880 FRONT STREET
                          SAN DIEGO, CALIFORNIA 92101


FOR DEFENDANT:            MATTHEW J. LOMBARD, ESQ.
                          LAW OFFICES OF MATTHEW J. LOMBARD
                          11400 WEST OLYMPIC BOULEVARD 1500
                          LOS ANGELES, CALIFORNIA 90064


INTERPRETER:             SALVADOR CASTELLANOS




        REPORTED BY:             LEE ANN PENCE
                                 OFFICIAL COURT REPORTER
                                 UNITED STATES COURTHOUSE
                                 333 WEST BROADWAY ROOM 1393
                                 SAN DIEGO, CALIFORNIA 92101

1    SAN DIEGO, CALIFORNIA – WEDNESDAY, JANUARY 10, 2018 2:02 P.M.

2                                *   *   *

3              THE CLERK:  NO. 5 AND 6, 16CR1896 AND 17CR3687,

4    UNITED STATES OF AMERICA VERSUS DAMASO LOPEZ-SERRANO; ON FOR A

5    CHANGE OF PLEA HEARING.

6              MR. LOMBARD:  GOOD MORNING -- OR GOOD AFTERNOON -- I

7    APOLOGIZE, YOUR HONOR.  MATTHEW LOMBARD ON BEHALF OF MR.

8    LOPEZ-SERRANO, WHO IS COMING FROM THE BACK.

9              THE COURT:  GOOD AFTERNOON.

10             MR. SUTTON:  GOOD AFTERNOON, YOUR HONOR.  MATTHEW

11   SUTTON ON BEHALF OF THE UNITED STATES.

12             THE COURT:  GOOD AFTERNOON.

13             MR. LOMBARD:  HE WILL BE ASSISTED BY THE SPANISH

14   LANGUAGE INTERPRETER.

15             THE COURT:  THANK YOU.

16             GOOD AFTERNOON.

17             MR. LOPEZ-SERRANO IS PRESENT, BEING ASSISTED.

18             I HAVE A PLEA AGREEMENT, WHICH I HAVE REVIEWED.

19   THERE ARE TWO CASES, THE ONE FILED IN THE SOUTHERN DISTRICT

20   AND THE OTHER WHICH WAS FILED IN VIRGINIA AND HAS BEEN BROUGHT

21   OVER BY AGREEMENT OF MR. LOPEZ-SERRANO.  AND I COULD USE SOME

22   CLARIFICATION HERE.

23             IN THE PLEA AGREEMENT IT SETS OUT THE TWO COUNTS IN

24   THE SAN DIEGO CASE, THAT IS 16CR1896.  AND AT PAGE 3 OF THE

25   PLEA AGREEMENT IT SETS OUT THE EASTERN DISTRICT OF VIRGINIA

COUNT IN 16CR0300, CONSPIRACY TO DISTRIBUTE 5 KILOGRAMS OR MORE OF COCAINE UNDER SECTION 959 AND 963.

THAT IS SET OUT IN THE PLEA AGREEMENT. AND SO DOES THE FACTUAL BASIS COVER ALL THREE COUNTS?

**MR. SUTTON:** IT DOES, YOUR HONOR.

**THE COURT:** AND THE ELEMENTS EXPLAINED COVERS ALL THREE COUNTS WITH RESPECT TO THE DESCRIPTION OF CONSPIRACY TO IMPORT CONTROLLED SUBSTANCES AND CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCES INTENDED FOR IMPORTATION.

**MR. SUTTON:** THAT WOULD BE CORRECT, YOUR HONOR.

**THE COURT:** AND THEN THE PLEA, ONCE TAKEN, WOULD BE -- MR. LOPEZ-NUNEZ WOULD BE ASKED TO ENTER HIS PLEA AS TO THE TWO COUNTS IN CASE ENDING 1896 AND THE ONE COUNT ENDING IN NUMBER 300.

**MR. SUTTON:** THAT IS CORRECT, YOUR HONOR.

**THE COURT:** ALL RIGHT.

**MR. LOMBARD:** YOUR HONOR, THE 300 CASE DID RECEIVE A NEW CASE NUMBER BEFORE THIS COURT.

**THE COURT:** YES. THANK YOU FOR MENTIONING THAT. THAT NEW CASE IS 17CR3687.

**MR. SUTTON:** THAT'S CORRECT, YOUR HONOR.

**THE COURT:** OKAY.

**MR. LOMBARD:** THE COURT DID MENTION MR. LOPEZ-NUNEZ, IT IS LOPEZ-SERRANO.

**THE COURT:** YES, AND THE DEFENDANT BEFORE THE COURT

JANUARY 10, 2018

1    IS LOPEZ-SERRANO.  THANK YOU.

2            WE ARE READY TO PROCEED WITH THE PLEA?

3        **MR. LOMBARD:**  YES, YOUR HONOR.

4        **MR. SUTTON:**  YES, YOUR HONOR.

5        **THE COURT:**  MADAM CLERK, WOULD YOU SWEAR THE

6    DEFENDANT?

7        **THE CLERK:**  PLEASE RAISE YOUR RIGHT HAND.

8            DO YOU SOLEMNLY SWEAR OR AFFIRM THAT THE EVIDENCE

9    YOU SHALL GIVE IN THE CAUSE NOW BEFORE THE COURT SHALL BE THE

10   TRUTH, THE WHOLE TRUTH, AND NOTHING BUT THE TRUTH?

11       **DEFENDANT LOPEZ-SERRANO:**  (THROUGH INTERPRETER) YES,

12   I SWEAR.

13       **THE COURT:**  GOOD AFTERNOON, SIR.

14           YOU HAVE BEEN PLACED UNDER OATH.  THAT MEANS IT IS

15   YOUR OBLIGATION TO TESTIFY TRUTHFULLY.  IF YOU FAIL TO DO THAT

16   YOU COULD LATER BE PROSECUTED FOR PERJURY.

17           DO YOU UNDERSTAND?

18       **DEFENDANT LOPEZ-SERRANO:**  YES, YOUR HONOR.

19       **THE COURT:**  I HAVE BEEN HANDED THE PLEA AGREEMENT,

20   AND HAVE HAD SOME PRELIMINARY DISCUSSION WITH COUNSEL WITH

21   RESPECT TO THE SCOPE OF THE PLEA AGREEMENT ENCOMPASSING THE

22   TWO CASES; THE ONE ORIGINALLY FILED HERE IN SAN DIEGO AND THE

23   ONE FILED IN THE EASTERN DISTRICT OF VIRGINIA UNDER THAT CASE

24   NUMBER, WHICH HAS BEEN ASSIGNED A NEW CASE NUMBER HERE IN SAN

25   DIEGO UNDER 17CR3687.

JANUARY 10, 2018

1     DO YOU UNDERSTAND?

2          **DEFENDANT LOPEZ-SERRANO:**  YES.

3          **THE COURT:**  AND YOU HAVE A FULL UNDERSTANDING THAT

4     THIS PLEA WILL ENCOMPASS, IF YOU STAND ON GUILTY PLEAS, PLEAS

5     TO THE THREE COUNTS SET OUT IN THE TWO RESPECTIVE CASES;

6     CORRECT?

7          **DEFENDANT LOPEZ-SERRANO:**  YES.

8          **THE COURT:**  IN THAT REGARD THE PLEA AGREEMENT

9     PROVIDES YOU HAVE AGREED TO WAIVE VENUE FOR PURPOSE OF THE

10    PLEA AGREEMENT WITH RESPECT TO THE EASTERN DISTRICT OF

11    VIRGINIA CASE, AND TO AGREE TO HAVE THAT MATTER ADJUDICATED

12    HERE FOR PURPOSES OF A PLEA AND ANY SENTENCE THEREON BY THIS

13    COURT IN SAN DIEGO.

14          DO YOU AGREE?

15          **DEFENDANT LOPEZ-SERRANO:**  YES.

16          **THE COURT:**  THERE IS ALSO A FORFEITURE ADDENDUM WITH

17    RESPECT TO A MILLION DOLLARS FORFEITURE AS A RESULT OF THE

18    PLEA AGREEMENT.  AND YOU ARE PREPARED TO PROCEED WITH THAT

19    UNDERSTANDING, CORRECT?

20          **DEFENDANT LOPEZ-SERRANO:**  YES.

21          **THE COURT:**  HAVE YOU CONSUMED ANY MEDICATION, DRUGS,

22    OR ALCOHOL WITHIN THE PAST 72 HOURS?

23          **DEFENDANT LOPEZ-SERRANO:**  NO.

24          **THE COURT:**  HAS ANYONE MADE ANY THREATS TO YOU OR

25    ANYONE NEAR OR DEAR TO YOU TO INDUCE YOU TO ENTER INTO THE

1  PLEA?

2           **DEFENDANT LOPEZ-SERRANO:** NO.

3           **THE COURT:** HAS ANYONE MADE ANY PROMISES TO YOU,

4  OTHER THAN WHAT IS CONTAINED WITHIN YOUR PLEA AGREEMENT, TO

5  INDUCE YOU TO ENTER INTO THE PLEA?

6           **DEFENDANT LOPEZ-SERRANO:** NO.

7           **THE COURT:** YOU DO UNDERSTAND THAT BY PLEADING

8  GUILTY YOU WOULD BE GIVING UP A NUMBER OF YOUR CONSTITUTIONAL

9  RIGHTS IN EACH OF THESE CASES INCLUDING: THE RIGHT TO A

10 SPEEDY AND PUBLIC JURY TRIAL; THE RIGHT TO REMAIN SILENT OR TO

11 TESTIFY AT TRIAL IF YOU DESIRED; THE RIGHT TO CONFRONT AND

12 CROSS-EXAMINE WITNESSES; AND THE RIGHT TO SUBPOENA DOCUMENTS

13 AND WITNESSES IN DEFENSE OF THESE CHARGES.

14          DO YOU UNDERSTAND AND GIVE UP EACH OF THESE RIGHTS?

15          **DEFENDANT LOPEZ-SERRANO:** YES.

16          **THE COURT:** YOU ALSO HAVE A RIGHT TO STAND ON A NOT

17 GUILTY PLEA. AND IF YOU ELECTED TO DO THAT YOUR ATTORNEY

18 WOULD HONOR YOUR DECISION AND YOU WOULD BE DEFENDED THROUGHOUT

19 ALL STAGES OF THE PROCEEDINGS IN EACH OF THESE CASES.

20          DO YOU UNDERSTAND AND GIVE UP THAT RIGHT AS WELL?

21          **DEFENDANT LOPEZ-SERRANO:** YES.

22          **THE COURT:** I AM GOING TO READ TO YOU THE FACTUAL

23 BASIS THAT IS SET OUT IN THE PLEA AGREEMENT. I WOULD ASK THAT

24 YOU LISTEN CAREFULLY, AND YOU ARE FREE TO READ ALONG WITH ME

25 ON THE PLEA AGREEMENT. THE FACTUAL BASIS SETS OUT FACTS THAT,

IF TRUE, YOU WOULD BE ADMITTING PURSUANT TO THIS PLEA

AGREEMENT.  IF YOU ADMIT THESE FACTS YOU ARE ADMITTING EACH

AND EVERY ELEMENT OF THE CRIMES CHARGED AGAINST YOU IN EACH OF

THESE CASES.

       DO YOU UNDERSTAND?

       **DEFENDANT LOPEZ-SERRANO:**  YES.

       **THE COURT:**  AND IN DOING THAT, IF YOU ADMIT THIS

FACTUAL BASIS, YOU WOULD BE RELIEVING THE GOVERNMENT OF ITS

BURDEN OF PROOF OF PROVING BEYOND A REASONABLE DOUBT EACH AND

EVERY ELEMENT AS WELL AS ANY ALLEGATIONS IN EACH OF THE

COMPLAINTS.

       DO YOU UNDERSTAND?

       **DEFENDANT LOPEZ-SERRANO:**  YES.

       **THE COURT:**  YOU FURTHER WOULD BE GIVING UP YOUR

RIGHT TO HAVE A JURY HEAR AND DECIDE THESE CASES WHERE THE

PRESUMPTION OF INNOCENCE CARRIES.  AND OBVIOUSLY YOU WOULD BE

GIVING UP YOUR RIGHT TO HAVE THAT JURY TRIAL IN EXCHANGE FOR

THE BENEFITS OF THE PLEA AGREEMENT.

       DO YOU UNDERSTAND?

       **DEFENDANT LOPEZ-SERRANO:**  YES.

       **THE COURT:**  THE FACTUAL BASIS IS AS FOLLOWS:  THAT,

NO. 1, BEGINNING NO LATER THAN IN OR ABOUT 2003 AND CONTINUING

UNTIL AT LEAST ON OR ABOUT DECEMBER 4, 2016 YOU WERE A MEMBER

OF A NARCOTICS TRAFFICKING ORGANIZATION BASED IN SINALOA

MEXICO AND COMMONLY KNOWN TO ITS MEMBERS AND ITS ASSOCIATES

1  AND THE PUBLIC AS THE SINALOA CARTEL.

2  NO. 2.  THAT YOU ADMIT THAT YOU BECAME A LEADER

3  WITHIN THE SINALOA CARTEL AND WERE RESPONSIBLE FOR A NUMBER OF

4  ASPECTS OF THE CARTEL'S OPERATIONS; SPECIFICALLY, YOU ADMIT

5  THAT YOU ENTERED INTO AN AGREEMENT WITH OTHER MEMBERS OF THE

6  SINALOA CARTEL TO ACT AS A MAJOR COORDINATOR, ORGANIZING THE

7  TRANSPORTATION AND DISTRIBUTION OF LARGE QUANTITIES OF

8  CONTROLLED SUBSTANCES, INCLUDING METHAMPHETAMINE, COCAINE, AND

9  HEROIN, FOR IMPORTATION FROM MEXICO INTO THE UNITED STATES.

10  NO. 3.  YOU ADMIT THAT AS PART OF THIS AGREEMENT YOU

11  AND YOUR CO-CONSPIRATORS COORDINATED THE DISTRIBUTION OF

12  TONNAGE QUANTITIES OF CONTROLLED SUBSTANCES FROM MEXICO FOR

13  ILLEGAL IMPORTATION INTO THE UNITED STATES, INCLUDING THE

14  SOUTHERN DISTRICT OF CALIFORNIA, ON BEHALF OF THE SINALOA

15  CARTEL.  SPECIFICALLY, YOU ADMIT THAT YOU AND YOUR

16  CO-CONSPIRATORS IMPORTED TONNAGE QUANTITIES OF COCAINE FROM

17  MEXICO INTO THE UNITED STATES.

18  NO. 4.  YOU ADMIT THAT MEMBERS OF THE SINALOA CARTEL

19  POSSESSED FIREARMS FOR THE PURPOSES OF PROMOTING THE SINALOA

20  CARTEL'S NARCOTICS TRAFFICKING BUSINESS.  YOU ALSO ADMIT THAT

21  YOU POSSESSED A FIREARM AS A MEMBER OF THE SINALOA CARTEL IN

22  FURTHERANCE OF THE CARTEL'S NARCOTICS TRAFFICKING ACTIVITIES.

23  AND, NO. 5.  YOU AGREE THAT THE PROPERTY SUBJECT TO

24  FORFEITURE, I.E. ONE MILLION DOLLARS IN UNITED STATES

25  CURRENCY, IS PROCEEDS OBTAINED DIRECTLY OR INDIRECTLY AS A

RESULT OF THE FELONY OFFENSES ALLEGED IN THE INDICTMENT AND/OR
PROPERTY USED OR INTENDED TO BE USED IN ANY MANNER OR PART TO
COMMIT AND TO FACILITATE THE COMMISSION OF THE FELONY OFFENSES
ALLEGED IN THESE INDICTMENTS.

       DO YOU AGREE?

       **DEFENDANT LOPEZ-SERRANO:** YES.

       **THE COURT:** AND YOU ADMIT THIS FACTUAL BASIS BECAUSE
IN TRUTH AND IN FACT YOU ARE GUILTY AS CHARGED IN EACH OF THE
INDICTMENTS.

       **DEFENDANT LOPEZ-SERRANO:** YES.

       **THE COURT:** AS WE HAVE DISCUSSED, BY ADMITTING THAT
FACTUAL BASIS YOU ARE ADMITTING EACH OF THE ELEMENTS OF THE
CRIMES CHARGED TO YOU IN THESE CASES, AND RELIEVING THE
GOVERNMENT OF PROVING BEYOND A REASONABLE DOUBT EACH OF THE
ELEMENTS.

       DO YOU UNDERSTAND?

       **DEFENDANT LOPEZ-SERRANO:** YES.

       **THE COURT:** THE ELEMENTS ARE THE FOLLOWING.

       AS TO THE CONSPIRACY TO IMPORT CONTROLLED
SUBSTANCES: NO. 1, THERE WAS AN AGREEMENT BETWEEN TWO OR MORE
PERSONS TO IMPORT CONTROLLED SUBSTANCES INTO THE UNITED STATES
FROM A PLACE OUTSIDE THEREOF; NO. 2, THAT YOU BECAME A MEMBER
OF THE CONSPIRACY KNOWING OF AT LEAST ONE OF ITS OBJECTS AND
INTENDING TO HELP ACCOMPLISH IT; AND, NO. 3, THE OFFENSE
INVOLVED AN AGREEMENT TO IMPORT OVER 500 GRAMS AND MORE OF A

1    MIXTURE AND SUBSTANCE CONTAINING A DETECTABLE AMOUNT OF

2    METHAMPHETAMINE, 5 KILOGRAMS AND MORE OF A MIXTURE AND

3    SUBSTANCE CONTAINING A DETECTABLE AMOUNT OF COCAINE, AND 1

4    KILOGRAM OR MORE OF A MIXTURE AND SUBSTANCE CONTAINING A

5    DETECTABLE AMOUNT OF HEROIN.

6              THE ELEMENTS WITH RESPECT TO CONSPIRACY TO

7    DISTRIBUTE CONTROLLED SUBSTANCES INTENDED FOR IMPORTATION ARE

8    THESE:  NO. 1, THERE WAS AN AGREEMENT BETWEEN TWO OR MORE

9    PERSONS TO DISTRIBUTE CONTROLLED SUBSTANCES OUTSIDE OF THE

10   UNITED STATES WITH THE INTENT THAT THE CONTROLLED SUBSTANCES

11   BE UNLAWFULLY BROUGHT INTO THE UNITED STATES; NO. 2, THAT YOU

12   BECAME A MEMBER OF THE CONSPIRACY KNOWING OF ITS OBJECTS AND

13   INTENDING TO HELP ACCOMPLISH IT; AND, NO. 3, THE OFFENSE

14   INVOLVED AN AGREEMENT TO IMPORT OVER 500 GRAMS AND MORE OF A

15   MIXTURE AND SUBSTANCE CONTAINING A DETECTABLE AMOUNT OF

16   METHAMPHETAMINE, 5 KILOGRAMS AND MORE OF A MIXTURE AND

17   SUBSTANCE CONTAINING A DETECTABLE AMOUNT OF COCAINE, AND 1

18   KILOGRAM AND MORE OF A MIXTURE AND SUBSTANCE CONTAINING A

19   DETECTABLE AMOUNT OF HEROIN.

20             DO YOU UNDERSTAND EACH OF THE ELEMENTS OF THE

21   OFFENSES CHARGED?

22             **DEFENDANT LOPEZ-SERRANO:**  YES.

23             **THE COURT:**  AS TO THE FORFEITURE, YOU UNDERSTAND

24   THAT THE UNITED STATES WOULD HAVE TO PROVE BY A PREPONDERANCE

25   OF THE EVIDENCE THAT THE PROPERTY IT SEEKS TO FORFEIT

1   CONSTITUTES OR IS DERIVED FROM PROCEEDS OF THE OFFENSE OR WAS

2   PROPERTY USED OR INTENDED TO BE USED TO FACILITATE THE

3   OFFENSE.

4           DO YOU UNDERSTAND?

5           **DEFENDANT LOPEZ-SERRANO:** YES.

6           **THE COURT:** THE MAXIMUM PUNISHMENT FOR THESE

7   OFFENSES IS A MANDATORY MINIMUM SENTENCE AT TEN YEARS IN

8   PRISON, WITH A MAXIMUM OF LIFE IN PRISON; A $10 MILLION FINE;

9   A MANDATORY SPECIAL ASSESSMENT OF $100 PER COUNT; A TERM OF

10  SUPERVISED RELEASE OF AT LEAST FIVE YEARS AND UP TO LIFE, WITH

11  A RETURN TO PRISON FOR THE PERIOD OF TIME THAT SUPERVISED

12  RELEASE IS IMPOSED IF YOU VIOLATE ANY OF THE TERMS AND

13  CONDITIONS OF YOUR SUPERVISED RELEASE; FORFEITURE OF ALL

14  PROPERTY CONSTITUTING OR DERIVED FROM PROCEEDS OBTAINED AS A

15  RESULT OF THE VIOLATION, OF ALL PROPERTY USED OR INTENDED TO

16  BE USED TO COMMIT OR TO FACILITATE THE COMMISSION OF THE

17  VIOLATION; AND INELIGIBILITY FOR CERTAIN FEDERAL BENEFITS.

18          DO YOU UNDERSTAND?

19          **DEFENDANT LOPEZ-SERRANO:** YES.

20          **THE COURT:** AND MR. LOPEZ-SERRANO IS NOT A UNITED

21  STATES CITIZEN; AM I CORRECT?

22          **MR. LOMBARD:** THAT'S CORRECT, YOUR HONOR.

23          **THE COURT:** AND YOU HAVE GONE OVER THE IMMIGRATION

24  CONSEQUENCES, HAVE YOU NOT?

25          **MR. LOMBARD:** THAT IS CORRECT, YOUR HONOR.

JANUARY 10, 2018

1          **THE COURT:**  AND JUST SO THE RECORD IS CLEAR, YOU

2   HAVE FULLY ADDRESSED THE IMMIGRATION CONSEQUENCES WITH YOUR

3   CLIENT?

4          **MR. LOMBARD:**  THAT IS CORRECT.  I HAVE GONE OVER THE

5   IMMIGRATION CONSEQUENCES OF PLEADING GUILTY TO A FELONY DRUG

6   OFFENSE IN THE UNITED STATES AND NOT BEING A U.S. CITIZEN.

7          **THE COURT:**  ALL RIGHT.  AND AS SET OUT IN THE PLEA

8   AGREEMENT, BECAUSE YOU ARE NOT A CITIZEN OF THE UNITED STATES

9   THIS GUILTY PLEA, IN EACH OF THESE CASES OR ANY ONE OF THEM,

10  MAKE IT PRACTICALLY INEVITABLE AND A VIRTUAL CERTAINTY THAT

11  YOU WILL BE REMOVED OR DEPORTED FROM THE UNITED STATES.

12          DO YOU UNDERSTAND?

13         **DEFENDANT LOPEZ-SERRANO:**  YES.

14         **THE COURT:**  THE PLEA AGREEMENT FURTHER PROVIDES THAT

15  YOU WOULD BE FREE TO ASK FOR ADJUSTMENTS OR DEPARTURES UNDER

16  THE ADVISORY GUIDELINES AS WELL AS VARIANCES UNDER THE

17  RELEVANT SENTENCING FACTORS UNDER 18 USC SECTION 3553.

18          DO YOU UNDERSTAND?

19         **DEFENDANT LOPEZ-SERRANO:**  YES.

20         **THE COURT:**  THE COURT HAS AN OBLIGATION TO IMPOSE A

21  JUST AND FAIR SENTENCE, WHICH IS SUFFICIENT BUT NOT GREATER

22  THAN NECESSARY TO ADDRESS THE SENTENCING FACTORS BEFORE THE

23  COURT.  THE SENTENCING LAW REQUIRES THAT THE COURT CONSULT THE

24  ADVISORY UNITED STATES GUIDELINES AS WELL AS THE RELEVANT

25  SENTENCING FACTORS UNDER 18 UNITED STATES CODE SECTION 3553.

1     IN FULFILLING THAT OBLIGATION, AS INDICATED, THE

2 COURT HAS A DUTY AND AN OBLIGATION TO IMPOSE A SENTENCE IN ITS

3 DISCRETION THAT IT BELIEVES IS JUST AND FAIR, SUFFICIENT BUT

4 NOT GREATER THAN NECESSARY TO MEET THESE SENTENCING CRITERIA.

5     DO YOU UNDERSTAND?

6     **DEFENDANT LOPEZ-SERRANO:**  YES.

7     **THE COURT:**  THE COURT IS NOT BOUND BY THE PLEA

8 AGREEMENT.  SO, IN OTHER WORDS, THE COURT IS FREE TO IMPOSE A

9 SENTENCE UP TO LIFE.

10     DO YOU UNDERSTAND?

11     **DEFENDANT LOPEZ-SERRANO:**  YES.

12     **THE COURT:**  YOU ARE FREE, AS INDICATED, TO ARGUE FOR

13 ADJUSTMENTS, DEPARTURES, AND VARIANCES; THE GOVERNMENT IS FREE

14 TO OPPOSE THOSE.  AND THEN THE COURT IS CHARGED WITH THE

15 RESPONSIBILITY OF MAKING A SENTENCING DETERMINATION BASED ON

16 ALL OF THE EVIDENCE BEFORE THE COURT AND ARGUMENTS OF COUNSEL,

17 AS WELL AS HEARING FROM YOU.

18     DO YOU UNDERSTAND?

19     **DEFENDANT LOPEZ-SERRANO:**  YES.

20     **THE COURT:**  IN IMPOSING THE SENTENCE, NO MATTER WHAT

21 SENTENCE IS IMPOSED YOU WOULD NOT HAVE A RIGHT TO WITHDRAW

22 YOUR GUILTY PLEAS.

23     DO YOU UNDERSTAND?

24     **DEFENDANT LOPEZ-SERRANO:**  YES.

25     **THE COURT:**  FURTHER, NO MATTER WHAT SENTENCE IS

1  IMPOSED, EVEN UP TO A LIFE SENTENCE, YOU WOULD NOT HAVE A

2  RIGHT TO APPEAL OR TO LATER COLLATERALLY ATTACK THE SENTENCE

3  AND JUDGMENT.

4  DO YOU UNDERSTAND?

5  **DEFENDANT LOPEZ-SERRANO:**  YES.

6  **THE COURT:**  SO THIS PLEA AGREEMENT CONTEMPLATES A

7  FULL APPELLATE WAIVER, THE INABILITY TO APPEAL OR TO LATER

8  COLLATERALLY ATTACK THE SENTENCE AND JUDGMENT EXCEPT FOR ON

9  THE SOLE GROUNDS OF INEFFECTIVE ASSISTANCE OF COUNSEL.

10  DO YOU UNDERSTAND?

11  **DEFENDANT LOPEZ-SERRANO:**  YES.

12  **THE COURT:**  COUNSEL, YOU HAVE HAD A FULL OPPORTUNITY

13  TO DISCUSS THE PLEA AGREEMENT WITH YOUR CLIENT, THE ADDENDA

14  BEFORE THE COURT; AM I CORRECT?

15  **MR. LOMBARD:**  YES, YOUR HONOR.

16  **THE COURT:**  ARE YOU AWARE OF ANY DEFENSES THAT

17  MR. LOPEZ-SERRANO MAY BE GIVING UP, OR ANY VIOLATION OF HIS

18  CONSTITUTIONAL RIGHTS?

19  **MR. LOMBARD:**  NO, YOUR HONOR.

20  **THE COURT:**  YOU DO JOIN IN THE PLEA?

21  **MR. LOMBARD:**  I DO JOIN IN THE PLEA.

22  **THE COURT:**  MR. LOPEZ-SERRANO, YOU HAVE HAD A FULL

23  OPPORTUNITY TO GO OVER THE PLEA AGREEMENT, THE ADDENDA BEFORE

24  THE COURT WITH YOUR ATTORNEY; AM I CORRECT?

25  **DEFENDANT LOPEZ-SERRANO:**  YES.

1    **THE COURT:**  WERE ALL OF THE QUESTIONS YOU ASKED OF

2  YOUR ATTORNEY CONCERNING THE PLEA AGREEMENT ANSWERED TO YOUR

3  SATISFACTION?

4    **DEFENDANT LOPEZ-SERRANO:**  YES.

5    **THE COURT:**  DO YOU HAVE ANY QUESTIONS OF THE COURT

6  AT THIS TIME CONCERNING THE PLEA AGREEMENT?

7    **DEFENDANT LOPEZ-SERRANO:**  NO.

8    **THE COURT:**  THE GOVERNMENT IS SATISFIED?

9    **MR. SUTTON:**  YES, YOUR HONOR.

10    **THE COURT:**  ALL RIGHT.

11    SO, MR. LOPEZ-SERRANO, I AM GOING TO START WITH CASE

12  16CR1896.  THAT IS THE CASE THAT WAS FILED HERE IN THIS

13  DISTRICT.  THERE ARE TWO COUNTS IN THE INDICTMENT, COUNTS 1

14  AND 2, THAT WE HAVE GONE OVER IN THE PLEA AGREEMENT.  AND I AM

15  GOING TO ASK YOU HOW YOU PLEAD TO THESE TWO COUNTS UNDER

16  TITLE -- WELL, THE FIRST IS CONSPIRACY TO DISTRIBUTE

17  METHAMPHETAMINE, COCAINE, AND HEROIN INTENDED FOR IMPORTATION

18  UNDER TITLE 21, UNITED STATES CODE, SECTIONS 952, 960 AND 963.

19  THE SECOND COUNT IS CONSPIRACY TO IMPORT METHAMPHETAMINE,

20  COCAINE, AND HEROIN UNDER TITLE 18, UNITED STATES CODE,

21  SECTIONS 1952, 1960, AND 1963.  HOW DO YOU PLEAD TO THOSE TWO

22  COUNTS:  GUILTY OR NOT GUILTY?

23    **DEFENDANT LOPEZ-SERRANO:**  GUILTY.

24    **THE COURT:**  THE CASE FILED IN THE EASTERN DISTRICT

25  OF VIRGINIA, 16CR0300, NOW ASSIGNED CASE NO. 17CR3687 IN THIS

COURT, HAS ONE COUNT, CONSPIRACY TO DISTRIBUTE 5 KILOGRAMS OR MORE OF COCAINE INTENDING AND KNOWING IT WILL BE UNLAWFULLY IMPORTED INTO THE UNITED STATES, UNDER 21, UNITED STATES CODE, SECTIONS 959 AND 963.  HOW DO YOU PLEAD:  GUILTY OR NOT GUILTY?

**DEFENDANT LOPEZ-SERRANO:**  GUILTY.

**THE COURT:**  THE PLEAS ARE ACCEPTED.  I DO FIND THAT MR. LOPEZ-SERRANO HAS FREELY, VOLUNTARILY, AND COMPETENTLY ENTERED INTO THE PLEAS.  THERE IS A FACTUAL BASIS FOR EACH COUNT IN EACH OF THE CASES.  MR. LOPEZ-SERRANO HAS VOLUNTARILY AND COMPETENTLY ENTERED INTO THE PLEAS, AND HAS FREELY AND VOLUNTARILY WAIVED ALL OF HIS RIGHTS.

WITH RESPECT TO SENTENCING, WHAT WOULD BE THE PARTIES' REQUEST?

**MR. LOMBARD:**  YOUR HONOR, WE WOULD RATHER PUT IT OFF FOR SOME TIME.  I AM NOT SURE WE ANTICIPATE -- IT WON'T BE FOR SEVERAL MONTHS.  IF THE COURT WANTS TO SET A DATE OUT THREE OR FOUR MONTHS AND CONTINUE TO CHECK IN WITH US, OR WOULD THE COURT FEEL COMFORTABLE SETTING A DATE, SAY, SIX MONTHS FROM TODAY?

**MR. SUTTON:**  EITHER OPTION, WHATEVER THE COURT'S PREFERENCE IS.  I ANTICIPATE WE WILL NEED SOME PERIOD OF TIME BEFORE WE PROCEED TO SENTENCING.

**THE COURT:**  WHAT WOULD BE THE -- DO YOU HAVE ANY BENCHMARK AS FAR AS THE TIMING?

```
 1                MR. SUTTON:  I THINK PERHAPS IF WE SET A DATE SIX
 2      MONTHS OUT FROM TODAY, AND THEN WE CAN CHECK IN WITH THE
 3      COURT.  I THINK THAT WILL GIVE US A GOOD HEAD START.
 4                THE COURT:  SO THE SIX MONTH DATE, DO YOU --
 5                MR. LOMBARD:  WE DO NOT ANTICIPATE GOING FORWARD
 6      WITH SENTENCING IN SIX MONTHS, YOUR HONOR.
 7                THE COURT:  SO MORE OF A STATUS IN SIX MONTHS?
 8                MR. SUTTON:  LIKE A STATUS, YOUR HONOR.  THEN WE CAN
 9      ALERT THE COURT OF WHERE WE ARE AND WHAT THE TIME ESTIMATE
10      WOULD BE AT THAT POINT.
11                THE COURT:  ALL RIGHT.
12                WHAT WOULD THAT DATE BE?
13                THE CLERK:  FRIDAY, JULY 13.  OR DO YOU WANT AN OFF
14      DAY?
15                THE COURT:  FRIDAY?
16                THE CLERK:  JULY 13.
17                THE COURT:  WHY DON'T WE SET IT ON AN OFF DATE,
18      PERHAPS A THURSDAY.
19                THE CLERK:  THURSDAY, JULY 12.
20                THE COURT:  AT WHAT TIME?
21                THE CLERK:  10:30.
22                THE COURT:  10:30.  SO THURSDAY, JULY 12, 10:30.
23                MR. SUTTON:  YES, YOUR HONOR.
24                MR. LOMBARD:  YES, YOUR HONOR.
25                THE COURT:  SIR, YOU DO HAVE A RIGHT TO BE SENTENCED
```

```
1   IN DUE COURSE, AND SO IF YOU DID NOT WAIVE TIME WE WOULD SET

2   IT FOR A PRESENTENCE REPORT AND SENTENCING IN DUE COURSE.

3           YOU ARE OBVIOUSLY INDICATING THAT YOU WOULD LIKE TO

4   WAIVE THAT RIGHT AND BE SENTENCED AT A LATER TIME; AM I

5   CORRECT?

6           **DEFENDANT LOPEZ-SERRANO:**  YES.

7           **THE COURT:**  ALL RIGHT.

8           HAVE WE ADDRESSED ALL MATTERS?

9           **MR. SUTTON:**  YES.  THANK YOU, YOUR HONOR.

10          **THE COURT:**  THANK YOU.

11          **MR. LOMBARD:**  THANK YOU.

12

13                          *   *   *

14          I CERTIFY THAT THE FOREGOING IS A CORRECT
            TRANSCRIPT FROM THE RECORD OF PROCEEDINGS
15          IN THE ABOVE-ENTITLED MATTER.

16          S/LEEANN PENCE                    4/27/2018
            LEEANN PENCE, OFFICIAL COURT REPORTER   DATE
17

18

19

20

21

22

23

24

25
```

JANUARY 10, 2018