ADAM L. BRAVERMAN
United States Attorney
MATTHEW J. SUTTON
Assistant U.S. Attorney
Illinois State Bar No. 6307129
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-8941
Facsimile: (619) 546-0631
Matthew.Sutton@usdoj.gov

Attorneys for the United States

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> DAMASO LOPEZ-SERRANO (1), <br><br> Defendant. | Case No.: 16-cr-01896-DMS <br> 17-cr-03687-DMS <br><br> **JOINT MOTION TO CONTINUE STATUS HEARING REGARDING SENTENCING** |

The parties hereby file a joint motion requesting that the status hearing regarding sentencing in this matter presently scheduled before the Honorable Dana M. Sabraw for November 8, 2018, at 10:30 a.m., be continued to March 8, 2019, at 10:30 a.m. Assistant United States Attorney Matthew Sutton contacted defense counsel who agreed to continue this hearing. The parties further agree that the time between the filing of this joint motion until March 8, 2019, is excludable under the Speedy Trial Act under 18 U.S.C. Section 3161(h)(1)(G).

DATED: November 5, 2018                Respectfully submitted,
                                       ADAM L. BRAVERMAN
                                       United States Attorney

/s/ Matthew J. Lombard                 /s/Matthew J. Sutton
Counsel for Damaso Lopez-Serrano       Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>  v.<br><br>DAMASO LOPEZ-SERRANO (1),<br><br>    Defendant. | Case No.: 16-cr-01896-DMS<br>            17-cr-03687-DMS<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, Matthew J. Sutton, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of this JOINT MOTION TO CONTINUE STATUS HEARING REGARDING SENTENCING on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**Matthew J. Lombard and Michael Littman**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 5, 2018.

                          s/Matthew J. Sutton
                          MATTHEW J. SUTTON