# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 16-cr-01896-DMS |
| v. | |
| DAMASO LOPEZ-SERRANO, | ORDER |
| Defendant. | |

Upon the joint motion of the UNITED STATES OF AMERICA and DAMASO LOPEZ-SERRANO and good cause appearing;

IT IS HEREBY ORDERED that the status hearing regarding sentencing hearing presently set for November 8, 2018, at 10:30 a.m. be continued to March 8, 2019, at 10:30 a.m.

Dated: November 5, 2018

_____
Hon. Dana M. Sabraw
United States District Judge