1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

v.

DAMASO LOPEZ-SERRANO,

Defendant.

Case No.: 16-cr-01896-DMS

ORDER

Upon the joint motion of the UNITED STATES OF AMERICA and DAMASO LOPEZ-SERRANO and good cause appearing;

IT IS HEREBY ORDERED that the status hearing regarding sentencing hearing presently set for March 12, 2019, at 3:00 p.m. be continued to June 12, 2019, at 3:00 p.m.

Dated:  March 8, 2019

Hon. Dana M. Sabraw
United States District Judge