1
2
3
4
5
6

ROBERT S. BREWER, JR.
United States Attorney
MATTHEW J. SUTTON
Assistant U.S. Attorney
Illinois State Bar No. 6307129
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-8941
Facsimile: (619) 546-0631
Matthew.Sutton@usdoj.gov

7

Attorneys for the United States

8

### UNITED STATES DISTRICT COURT

9

### SOUTHERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15

UNITED STATES OF AMERICA,

v.

DAMASO LOPEZ-SERRANO (1),

    Defendant.

Case No.: 16-cr-01896-DMS
             17-cr-03687-DMS

**JOINT MOTION TO CONTINUE
SENTENCING HEARING**

16
17
18
19
20
21

      The parties hereby file a joint motion requesting that the sentencing hearing in this matter presently scheduled before the Honorable Dana M. Sabraw for March 12, 2020, at 9:30 a.m., be continued to June 11, 2020, at 3:00 p.m. Assistant United States Attorney Matthew Sutton contacted defense counsel who agreed to continue this hearing. The parties further agree that the time between the filing of this joint motion until June 11, 2020, is excludable under the Speedy Trial Act under 18 U.S.C. Section 3161(h)(1)(G).

22
23

     DATED: February 11, 2020

     Respectfully submitted,

24
25

     ROBERT S. BREWER, JR.
     United States Attorney

26

/s/ Matthew J. Lombard
Counsel for Damaso Lopez-Serrano

/s/Matthew J. Sutton
Assistant United States Attorney

27
28

1
2

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

3
4
5
6
7

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No.: 16-cr-01896-DMS |
| v. | 17-cr-03687-DMS |
| DAMASO LOPEZ-SERRANO (1), | CERTIFICATE OF SERVICE |
| Defendant. | |

8   IT IS HEREBY CERTIFIED THAT:

9
10   I, Matthew J. Sutton, am a citizen of the United States and am at least eighteen

11   years of age.  My business address is 880 Front Street, Room 6293, San Diego, California

12   92101-8893.

13   I am not a party to the above-entitled action. I have caused service of this JOINT

14   MOTION TO CONTINUE SENTENCING HEARING on the following parties by

15   electronically filing the foregoing with the Clerk of the District Court using its ECF

16   System, which electronically notifies them.

17   **Matthew J. Lombard and Michael Littman**

18
19   I declare under penalty of perjury that the foregoing is true and correct.

20   Executed on February 11, 2020.

21                                          s/Matthew J. Sutton
22                                          MATTHEW J. SUTTON
23
24
25
26
27
28

2